UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61080-CIV-SINGHAL/VALLE

TRACEY GRAHAM,

    Plaintiff,

v.

BARRIER TECHNOLOGIES, LLC and
MARC GLICKMAN,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following its Order (DE [72]) granting Defendants' Motion for Summary Judgment (DE [48]). The Court enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58(a). It is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendants Barrier Technologies, LLC and Marc Glickman and against Plaintiff Tracey Graham on count II of the Amended Complaint, the sole remaining count in this action. The Court reserves jurisdiction to enforce this Final Judgment and to enter an order on attorneys' fees and costs. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of June 2021.

                                                                      RAAG SINGHAL
                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF