UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61080-CIV-SINGHAL/VALLE

TRACEY GRAHAM,

    Plaintiff,

v.

BARRIER TECHNOLOGIES, LLC and
MARC GLICKMAN,

    Defendants.
_____/

## AMENDED FINAL JUDGMENT ON COUNT I

**THIS CAUSE** is before the Court on Plaintiff Tracey Graham's Motion for Judgment on Count I (DE [74]) under Federal Rule of Civil Procedure 58(d). Plaintiff filed a Notice of Acceptance of Defendants' Partial Offer of Judgment Pursuant to Rule 68 (DE [23]). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on Count I (DE [74]) is **GRANTED**. Final Judgment is entered in favor of Plaintiff Tracey Graham and against Defendants Barrier Technologies, LLC and Marc Glickman in the amount of **$2,240** (exclusive of attorney's fees and costs) on count I of Plaintiff's Amended Complaint (DE [19])—unpaid sick leave in violation of the Emergency Paid Sick Leave Act—for which let execution issue. The Court reserves jurisdiction to award reasonable attorney's fees and costs upon a timely motion.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of June 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF